IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICK SKUSA, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:16-cv-0180 |
| | ) |
| v. | ) Honorable Paul L. Maloney |
| | ) |
| LIBERTY LIFE ASSURANCE | ) |
| COMPANY OF BOSTON, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

AND NOW, this 28th day of July, 2017, in accordance with the Opinion and Order entered on July 14, 2017 (ECF No. 23) and the Stipulation filed by Plaintiff and Defendant on July 28, 2017, Judgment is entered in favor of Plaintiff Rick Skusa and against Defendant Liberty Life Assurance Company of Boston ("Liberty Life") as follows:  (a) judgment is entered in the amount of $19,400.00 on Plaintiff's claim for long-term disability benefits covering the period February 8, 2015 through September 20, 2016; (b) this matter is remanded to Liberty Life for a determination of Plaintiff's entitlement to benefits for the period beyond September 20, 2016; and (c) Plaintiff is awarded prejudgment

interest in the amount of $241.00; costs in the amount of $400.00, and attorney's fees in the amount of $5,000.00

                                                  /s/ Paul L. Maloney
                                        United States District Judge